1  Lynn Lincoln Sarko (WSBA #16569)
   lsarko@kellerrohrback.com
2  Mark A. Griffin (WSBA #16296)
   mgriffin@kellerrohrback.com
3  Derek W. Loeser (WSBA #24274)
   dloeser@kellerrohrback.com
4  Raymond J. Farrow (WSBA #31782)
   rfarrow@kellerrohrback.com
5  Daniel P. Mensher (WSBA #47719)
   dmensher@kellerrohrback.com
6  KELLER ROHRBACK L.L.P.
7  1201 Third Avenue, Suite 3200
   Seattle, WA 98101-3052
8  Phone: (206) 623-1900
   Fax: (206) 623-3384
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| CITY OF TACOMA,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL CHEMICAL CORPORATION; GENERAL CHEMICAL PERFORMANCE PRODUCTS, LLC; CHEMTRADE LOGISTICS INC.; CHEMTRADE CHEMICALS CORPORATION; CHEMTRADE CHEMICALS US, LLC; GENTEK, INC.; AND FRANK A. REICHL, AND JOHN DOES 1-50,<br><br>Defendants. | No. 2:16-cv-05057<br><br>STIPULATION AND PROPOSED ORDER |

WHEREAS, on January 21, 2016, Plaintiff City of Tacoma filed a class action complaint against General Chemical Corporation, General Chemical Performance Products, LLC, Chemtrade Logistics, Inc., Chemtrade Chemicals Corporation, Chemtrade Chemicals US, LLC, GenTek Inc., Frank A. Reichl, and John Does 1-50 alleging violations of federal antitrust law for price-fixing,

STUIPULATION AND PROPOSED ORDER - 1

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1 bid rigging, and customer allocation in the market for liquid aluminum sulfate.

2 WHEREAS, as of January 25, 2016, a total of twenty-four related class action complaints have been filed in the U.S. District Court for the District of New Jersey on behalf of a nationwide class of direct purchasers of liquid aluminum sulfate. A list of these cases is provided in Appendix A.

WHEREAS, as of January 25, 2016, nine related class action complaints have been filed in the U.S. District Court for the District of Minnesota. A list of these cases is provided in Appendix B.

WHEREAS, as of January 25, 2016, six related class action complaints have been filed in the U.S. District Court for the Eastern District of Pennsylvania. A list of these cases is provided in Appendix C.

WHEREAS, as of January 25, 2016, a similar class action complaint has been filed in the U.S. District Court for the Western District of Louisiana. This case is listed in Appendix D.

WHEREAS, as of January 25, 2016, a similar class action complaint has been filed in the U.S. District Court for the Eastern District of Washington. This case is listed in Appendix E.

WHEREAS, on December 2, 2015, a motion to transfer each related action to the U.S. District Court for the District of Minnesota was filed with the Judicial Panel on Multidistrict Litigation ("JPML"), initiating a JPML docket styled In re Liquid Aluminum Sulfate Antitrust Litigation, MDL No. 2687.

WHEREAS, on December 8, 2015, a second motion to transfer each related action to the U.S. District Court for the District of New Jersey was filed with the JPML.

WHEREAS, numerous Plaintiffs and Defendants subsequently filed responses before the JPML regarding transfer of the related actions and the JPML will consider the motions at its next

STIPULATION AND PROPOSED ORDER - 2

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1  regularly scheduled hearing session on January 28, 2016.

2  WHEREAS, service of process has not been effected on all defendants in the above-
3  captioned action.

4  WHEREAS, this Stipulation is made prior to the expiration of the period for any defendant
5  in the above-captioned action to answer, move, or otherwise respond to any Complaint.
6
7  WHEREAS, no prior application for the relief sought herein has been made.

8  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to
9  approval by the Court, by and between the parties, through their undersigned counsel, that:

10  1.  The Defendants that are parties to this Stipulation, including General Chemical
11  Corporation, General Chemical Performance Products, LLC, Chemtrade Logistics, Inc.,
12  Chemtrade Chemicals Corporation, Chemtrade Chemicals US, LLC, and GenTek Inc. (the "GCC
13
14  Entities"), and Frank A. Reichl, shall have 60 days after the filing of a Consolidated Amended
15  Complaint in the transferee district to which the MDL Panel transfers the related actions to move
16  or otherwise respond to the Consolidated Amended Complaint, unless the transferee court sets a
17  different schedule.

18  2.  Notwithstanding paragraph 1, if the Defendants that are parties to this Stipulation
19  file an answer, move to dismiss, or otherwise respond to the complaints in any of the related
20  actions, such Defendants will concurrently answer, move to dismiss, or otherwise respond as
21
22  permitted by the Federal Rules in the above-captioned action or in any related action now or
23  hereafter pending in this or any other federal District Court.

24  3.  If a Defendant that is a party to this Stipulation serves any initial disclosures
25  pursuant to Rule 26 of the Federal Rules of Civil Procedure, or documents pursuant to any formal
26  or informal discovery request, agreement or court order in any of the related actions now or

STIPULATION AND PROPOSED ORDER - 3

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1  hereafter pending in this or any other federal District Court prior to the date to move or answer
2  required by this Stipulation, that Defendant will concurrently serve the same discovery on
3  Plaintiffs in the above-captioned action. Any production of documents will be subject to a
4  protective order to be negotiated by the parties.

5  4.  The GCC Entities agree that Steven A. Reiss and Adam C. Hemlock of Weil,
6  Gotshal & Manges LLP may accept service of any pleadings on their behalf.

7  5.  Defendant Frank A. Reichl agrees that Michael B. Himmel and Michael A. Kaplan
8  of Lowenstein Sandler, LLP may accept service of any pleadings on his behalf.

**IT IS SO ORDERED**.

DATED February 1, 2016

_____
United States District Court Judge

STIPULATED AND AGREED TO BY AND BETWEEN THE FOLLOWING COUNSEL:

DATED this 25th day of January, 2016.

**KELLER ROHRBACK L.L.P.**

By: *s/ Mark A. Griffin*
Mark A. Griffin (WSBA #16296)
Lynn L. Sarko (WSBA #16569)
Derek W. Loeser (WSBA #24274)
Raymond J. Farrow (WSBA #31782)
Daniel P. Mensher (WSBA #47719)
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Phone: (206) 623-1900
Fax: (206) 623-3384
mgriffin@kellerrohrback.com
lsarko@kellerrohrback.com

STIPULATION AND PROPOSED ORDER - 4

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

dloeser@kellerrohrback.com
rfarrow@kellerrohrback.com
dmensher@kellerrohrback.com

*Attorneys for Plaintiff City of Spokane*

**SILLS CUMMIS & GROSS P.C.**

By: *s/ Richard H. Epstein* (with consent)
Richard H. Epstein
One Riverfront Plaza
Newark, NJ 07102
Phone: (973)-643-5372
Fax: (973)-643-6500
repstein@sillscummis.com

Steven A. Reiss
Adam C. Hemlock
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Phone: (212)-310-8000
Fax: (212)-310-8007
steven.reiss@weil.com
adam.hemlock@weil.com

*Counsel for Defendants General Chemical Corporation, General Chemical Performance Products, LLC, Chemtrade Logistics, Inc., Chemtrade Chemicals Corporation, Chemtrade Chemicals US, LLC, and GenTek Inc.*

**LOWENSTEIN SANDLER LLP**

By: *s/Michael B. Himmel* (with consent)
Michael B. Himmel
Michael A. Kaplan
65 Livingston Avenue
Roseland, NJ 07068
Phone: (973) 597-2500
Fax: (973)-597-2400
mhimmel@lowenstein.com
mkaplan@lowenstein.com

*Counsel for Defendant Frank A. Reichl*

STIPULATION AND PROPOSED ORDER - 5

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

## APPENDIX A

Listed below are the class action suits that have been filed in the U.S. District Court for the District of New Jersey on behalf of a nationwide class of direct purchasers of liquid aluminum sulfate as of January 25, 2016:

- *Central Arkansas Water v. Frank A. Reichl, et al.*, No. 15-cv-07827
- *Detroit Water and Sewerage Department v. Frank A. Reichl, et al.*, No. 15-cv-07896
- *Chester Water Authority v. Frank A. Reichl, et al.*, No. 15-cv-07928
- *City and County of Denver v. General Chemical Performance Products, LLC, et al.*, No. 15-cv-07996
- *City of Winter Park v. General Chemical Corporation, et al.*, No. 15-cv-08031
- *City of Cincinnati v. Frank A. Reichl, et al.*, No. 15-cv-08065
- *Hazleton City Authority v. Frank A. Reichl, et al.*, No. 15-cv-08056
- *American Eagle Paper Mills, Inc. v. Frank A. Reichl, et al.*, No. 15-cv-08142
- *Oakland County, Michigan v. Frank A. Reichl, et al.*, No. 15-cv-08198
- *Amrex Chemical Company, Inc. v. Frank A. Reichl, et al.*, No. 15-cv-08227
- *City of Greensboro v. Frank A. Reichl, et al.*, No. 15-cv-08230
- *City of Newark v. Frank A. Reichl, et al.*, No. 15-cv-08261
- *The Brick Township Municipal Utilities Authority v. Frank A. Reichl, et al.*, No. 15-cv-08273
- *The City of Texarkana, Arkansas and The city of Texarkana, Texas v. Frank A. Reichl, et al.*, No. 15-cv-08294
- *Clarkesville Light & Water Co. v. General Chemical Corporation, et al.*, No. 15-cv-08295
- *City of Columbia, South Carolina v. Frank A. Reichl, et al.*, 15-cv-08429

APPENDIX A - 1

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

- *Suez Water Management & Services, Inc., et al. v. Frank A. Reichl, et al.*, 15-cv-08697
- *The City of Charlotte v. Frank A. Reichl, et al.*, 15-cv-08755
- *Town of Tonawanda v. Frank A. Reichl, et al.*, 15-cv-08739
- *Beaver Water District v. Frank A. Reichl, et al.*, 15-cv-08887
- *City of Springdale, Arkansas v. Frank A. Reichl, et al.*, 15-cv-08889
- *City of Siloam Springs, Arkansas v. Frank A. Reichl, et al.*, 15-cv-08888
- *Interstate Chemical Co., Inc. v. Frank A. Reichl, et al.*, 16-cv-00009
- *Ottawa County, Ohio v. Frank A. Reichl, et al.*, 16-cv-00303

APPENDIX A - 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

# APPENDIX B

Listed below are the class action suits that have been filed in the U.S. District Court for the District of Minnesota on behalf of a nationwide class of direct purchasers of liquid aluminum sulfate as of January 25, 2016:

- *City of Rochester, Minnesota v. Hawkins, Inc., et al.*, No. 15-cv-04266
- *Metropolitan Council v. Hawkins, Inc., et al.*, 15-cv-04303
- *Water, Light, Power and Building Commission of the City of East Grand Forks, Minnesota v. Hawkins, Inc., et al.*, 15-cv-04350
- *City of Minneapolis v. Frank A. Reichl, et al.*, 15-cv-04434
- *City of Duluth, Minnesota v. Frank A. Reichl, et al.*, 15-cv-04435
- *TeeMark Corporation v. Frank A. Reichl, et al.*, 15-cv-04438
- *Mobile Area Water and Sewer System v. Hawkins, Inc., et al.*, 15-cv-04498
- *Board of Water Commissions of the City of Saint Paul, Minnesota v. Frank A. Reichl, et al.*, 15-cv-04582
- *City of St. Cloud v. Frank A. Reichl, et al.*, 16-cv-00091

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

## APPENDIX C

Listed below are the class action suits that have been filed in the U.S. District Court for the Eastern District of Pennsylvania on behalf of a nationwide class of direct purchasers of liquid aluminum sulfate as of January 25, 2016:

- *Environmental Research and Design, Inc., v. Frank A. Reichl, et al.*, No. 15-cv-06421
- *Flambeau River Papers, LLC v. Frank A. Reichl, et al.*, No. 15-cv-06422
- *Little River County R.D.A. Water System v. Frank A. Reichl, et al.*, 15-cv-06564
- *City of East Moline v. Frank A. Reichl, et al.*, 15-cv-06638
- *East Valley Water District v. Frank A. Reichl, et al.*, 15-cv-06799
- *Municipal Authority of Westmoreland County v. Frank A. Reichl, et al.*, 16-cv-00170

APPENDIX C - 1

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

## APPENDIX D

Listed below is the sole class action suit that has been filed in the U.S. District Court for the Western District of Louisiana on behalf of a nationwide class of direct purchasers of liquid aluminum sulfate as of January 25, 2016:

- *The City of Alexandria v. Frank A. Reichl, et al.*, 15-cv-02840

APPENDIX D - 1

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

## APPENDIX E

Listed below is the sole class action suit that has been filed in the U.S. District Court for the Eastern District of Washington on behalf of a nationwide class of direct purchasers of liquid aluminum sulfate as of January 25, 2016:

- *The City of Spokane v. General Chemical Corporation, et al.*, 16-cv-00010

APPENDIX E - 1

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384